IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN ELLING,

    Plaintiff,

v.                                                                         CV 20-0306 JHR/JFR

HONG CAI, ROBERT BRUCE CARY, a/k/a
R. BRUCE CARY, a/k/a ROBERT CARY,
MESA BIOTECH, INC.,
MESA TECH INTERNATIONAL, INC.,

    Defendants.

# FINAL JUDGMENT

In accordance with Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order [Doc. 54], filed March 31, 2021, in which the Court granted Defendants judgment on the pleadings on the ground of res judicata, **IT IS ORDERED** that this matter is **DISMISSED with prejudice.**

    **IT IS SO ORDERED.**

                                                      _____
                                                      JERRY H. RITTER
                                                      U.S. MAGISTRATE JUDGE
                                                      *Presiding by Consent*