IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JOHN ELLING,**

    *Plaintiff*,

v.                                               No. 1:20-cv-00306-JHR-JFR

**HONG CAI, ROBERT BRUCE CARY, a/k/a R.
BRUCE CARY, a/k/a ROBERT CARY,
MESA BIOTECH, INC., and MESA TECH
INTERNATIONAL, INC.,**

    *Defendants.*

### NOTICE OF APPEAL

    COMES NOW Plaintiff John Elling, by and through counsel, LAW OFFICE OF JAMISON BARKLEY, LLC (Jamison Barkley) and DUANE MORRIS LLP (Richard L. Renck and Tracey E. Timlin), pursuant to Fed. R. App. P. 3(a)(1) and 10th Cir. R. 3, and gives notice that he hereby appeals to the United States Court of Appeals for the Tenth Circuit from the <u>Memorandum Opinion and Order</u> (Doc. 54) and <u>Judgment</u> (Doc. 55) in the above-captioned case, entered March 31, 2021.

                                                  Respectfully submitted,

                                                  LAW OFFICE OF JAMISON BARKLEY, LLC

                                                  */s/ Jamison Barkley*
                                                  316 Garfield St.
                                                  Santa Fe, NM 87501
                                                  (505) 995-9602
                                                  jamison@jamisonbarkley.com

                                                  and

DUANE MORRIS LLP

*/s/ Richard L. Renck*
Richard L. Renck
Tracey E. Timlin
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
(302) 657-4900
(302) 657-4901 (f)
rlrenck@duanmorris.com
ttimlin@duanemorris.com

*Plaintiff's Counsel*

## CERTIFICATE OF SERVICE

I HEREBY certify that I filed a copy of the foregoing Notice of Appeal on this 28th day of April, 2021, and thereby caused all Parties entitled to notice to be served electronically via counsel of record as follows:

> Andrew G. Schultz
> Debora E. Ramirez
> Melanie B. Stambaugh
> RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
> Post Office Box 1888
> Albuquerque, New Mexico 87103
> aschultz@rodey.com
> dramirez@rodey.com
> mstambaugh@rodey.com
> *Attorneys for Defendants*

*/s/ Jamison Barkley*
Jamison Barkley